UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | | SA-5:23-CR-00185(8)-DAE |
| | § | |
| MARK ANTHONY TREVINO | | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now defendant in the above styled and numbered cause and respectfully request that this Court continue the Sentencing Hearing and for good cause would show this Court the following:

Defendant sentencing hearing is schedule for April 28, 2025 at 9:00 a.m. Undersigned counsel requires additional time to preparing for the sentencing hearing. Therefore counsel is requesting a continuance of 60 days. This request is not made for the purposes of delay, but so justice may be done.

Defense counsel has spoken to US Attorney Billy Calve who is unopposed to continuing the Sentencing Hearing.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully request that the Court grant this motion and for such other and further relief as this Honorable Court deems just and proper.

Respectfully Submitted:

/S/JAMES L. RODRIGUEZ
JAMES L. RODRIGUEZ
SBN: 17146410
E-mail: jimrodriguez61@gmail.com
7231 Broadway, Suite A
San Antonio, Texas 78209
Telephone (210) 251-8806

## Certificate of Service

I certify that I cause on April n16th, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant: Assistant U.S. Attorney, Billy Calve, 601 N. W. Loop 410, Suite 600, San Antonio, Texas 78215-5397.

/S/JAMES L .RODRIGUEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | | SA-5:23-CR-00185(8)-DAE |
| | § | |
| MARK ANTHONY TREVINO | | |
| | § | |

ORDER

On this date the court considered the Defendant's Unopposed Motion to Continue Sentencing Hearing and good cause having been demonstrated thereby.

THIS COURT FINDS, after reviewing the evidence and argument of counsel, that the ends of justice would be served by granting the request for continuance.

IT IS HEREBY ORDERED that the Defendant's Unopposed Motion to Sentencing Hearing is hereby:

GRANTED ( )  /  DENIED ( )


SIGNED AND ENTERED ON THIS ____ day of _____ 2025.


_____
UNITED STATES DISTRICT JUDGE

Defendant's Motion - Page 3